## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RYAN TERRELL PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01683-MTS |
| ) | |
| DAVID VANDERGRIFF, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On January 07, 2025, the Court ordered Plaintiff to file an amended complaint in this matter, as well as either pay the $405 filing fee in full or file a motion to proceed *in forma pauperis* along with a certified copy of his prison account statement. Doc. [7]. The Court expressly admonished Plaintiff that the failure to timely pay the filing fee or file for his motion for *in forma pauperis* status would "result in the dismissal of this action, without prejudice and without further notice." Doc. [7] at 4.

Six weeks have passed since Plaintiff's deadline, but he still has neither paid the filing fee nor sought an extension of time to do so. Nor has Plaintiff filed an amended complaint. Thus, Plaintiff has disregarded an Order of this Court. For this reason, the Court will enter an Order of Dismissal herewith dismissing Plaintiff's action without prejudice. *See Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (explaining a district court has the power "to dismiss an action for the plaintiff's failure to comply with any court order").

Dated this 20th day of February 2025.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE